Slip Op. 17 - 150

J U D G M E N T

UNITED STATES COURT OF INTERNATIONAL TRADE

Thomas J. Aquilino, Jr., Senior Judge

```
- - - - - - - - - - - - - - - - - - - - - x
AJINOMOTO NORTH AMERICA, INC.,            :

                Plaintiff,                :

            v.                            : Court No. 14-00351

UNITED STATES,                            :

                Defendant.                :
- - - - - - - - - - - - - - - - - - - - - x
```

The plaintiff having interposed a motion pursuant to CIT Rule 56.2 for judgment upon the record compiled by the International Trade Administration, U.S. Department of Commerce ("ITA") sub nom. Monosodium Glutamate From the People's Republic of China: Final Determination of Sales at Less Than Fair Value and the Final Affirmative Determination of Critical Circumstances, 79 Fed.Reg. 58326 (Sept. 29, 2014); and the court in slip op. 17-48, 41 CIT ___ (April 25, 2017), having granted plaintiff's motion to the extent of remand to ITA for reconsideration of the issues of (1) the appropriate corn factor-of-production weight and (2) the calculation of an inland-freight surrogate value; and the defendant having filed herein ITA's Final Results of Redetermination Pursuant to Court Remand (Aug. 30, 2017), amending its analysis thereof and

Court No. 14-00351                                                    Page 2

resulting dumping margin from 21.28 percent to 34.15 percent; and the court having now reviewed those results; and the plaintiff not having filed any response or opposition thereto;  Now therefore, after due deliberation, it is

    ORDERED, ADJUDGED and DECREED that the ITA's <u>Final Results of Determination Pursuant to Court Remand</u> (Aug. 30, 2017) be, and they hereby are, affirmed.

Dated:  New York, New York
       November 3, 2017

                                    <u>/s Thomas J. Aquilino, Jr.</u>
                                        Senior Judge